UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 05-450M |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| RAMON COLMA-VENUS, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:

    Illegal Reentry after Deportation

<u>Date of Detention Hearing</u>:   Initial Appearance September 14, 2005

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Defendant is charged by complaint with re-entering the United States without permission having previously been arrested and deported.

    (2)    Defendant has a criminal record that includes VUCSA charges, two deportation proceedings, warrant activity for failure to appear and harassment.   The defendant is associated

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 1

15.13
Rev. 1/91

with four alias names and three dates of birth.

(3) The defendant was not interviewed by Pretrial Services. He is a native and citizen of Mexico. There is no additional information available regarding his personal history, residence, family ties, ties to this District, income, financial assets or liabilities, physical/mental health or controlled substance use if any.

(4) An immigration detainer has been filed. Therefore, the defendant does not contest detention.

(5) The defendant poses a risk of nonappearance due to his status as a native and citizen of Mexico who has been previously deported twice, unknown ties to this District, a history of failure to appear and immigration detainer. He poses a risk of danger based on criminal history.

(6) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States

01    Pretrial Services Officer.

02    DATED this  15th  day of September, 2005.

03

04    _____
      Mary Alice Theiler
      United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26